**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| **Place of Offense:** | **Category No.** II | **Investigating Agency** FBI |
|---|---|---|

**City** Lynn  **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. _____   Case No. 23-mj-8075-PGL
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number  22-1545, 1546, 1547, 1548 DLC
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Steeve JEAN    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Lynn, MA

Birth date (Yr only): 1987  SSN (last4#): 6506   Race: Black   Nationality: Haiti

Sex: M

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Benjamin Tolkoff   Bar Number if applicable: NYBN 4294443

**Interpreter:** ☐ Yes ☐ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☐ No

**Matter to be SEALED:** ☒ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ─ ☐ Misdemeanor ─ ☑ Felony ─

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 03/20/2023   Signature of AUSA: /s/ Ben Tolkoff

**District Court Case Number**   (To be filled in by deputy clerk):   23-mj-8075-PLG

**Name of Defendant**   Steeve Jean

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC § 1343 | Wire Fraud | |
| Set 2 | 18 USC § 1028A | Aggravated Identity Theft | |
| Set 3 | 42 USC § 408 | Unauthorized Use of a Social Security Number | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**